**ANDREW F. PLASSE & ASSOCIATES LLC**
ATTORNEY AT LAW
163-07 Depot Road, Suite 205
Flushing, NY 11358-2056
[212] 695-5811

July 15, 2016

Hon. Peggy Kuo, U.S.M.J.
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Michael Walker v. The City of New York et al
14 CV 680 (WFK)(PK)
Status Report

Dear Judge Kuo:

I represent the plaintiff in the above matter. Pursuant to the Court's Order, the following is a brief status report of the Discovery Scheduled planned by both parties in this matter:

August 3, 2016 – deposition of Defendant Police Officers

August 8, 2016 – deposition of Plaintiff incarcerated at Green Haven

The parties will submit a proposed Order to the Court next week to permit the deposition of the Plaintiff at Green Haven to proceed.

The parties have exchanged document discovery. The plaintiff has some additional medical records from Green Haven that need to be provided as well.

There are no discovery disputes at the current time.

Respectfully,

ANDREW F. PLASSE

AFP/gjn
cc:   Tobias Eli Zimmerman