**ANDREW F. PLASSE & ASSOCIATES LLC**
ATTORNEY AT LAW
163-07 Depot Road, Suite 205
Flushing, NY 11358-2056
[212] 695-5811

October 10, 2018

Hon. William F. Kuntz, II
United States District Judge
225 Eastern District of New York
Brooklyn, NY 11201

RE: Michael Walker v. The City of New York, et al
14 CV 680 (WFK)(PK)

Dear Judge Kuntz:

This is to advise the Court that I have forwarded the following to the Defendants' counsel by mail:

Exhibit "B" attached to Declaration of Andrew F Plasse

Pursuant to the Court's Order the opposition papers will not be filed until the Motion is fully briefed.

Respectfully,

ANDREW F. PLASSE

AFP/gjn
cc: Alan Scheiner