UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL WALKER

        Plaintiff;

v.

THE CITY OF NEW YORK, GREGORY GORDON, and MICHAEL SMITH

        Defendants.

14-cv-680 (NRM) (PK)

**ORDER**

**TO**:

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, 1220 Washington Ave #9, Albany, NY 12226; and

THE UNITED STATES MARSHAL, Eastern District of New York, United States Courthouse, 225 Cadman Plaza E, Brooklyn, NY 11201

**ORDER**:

The United States District Court for the Eastern District of New York commands New York State Department of Corrections and Community Supervision to have inmate Michael Walker, NYSID # 15A1230, who is presently detained in Orleans Correctional Facility, 3531 Gaines Basin Rd., Albion, NY 14411, to be brought under safe and secure custody to Courtroom 6E North, before the Honorable Nina R. Morrison, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza E., Brooklyn, NY 11201, on May 9, 2023 at 11:00 a.m. and placed in the temporary custody of the

Court under safe and secure conditions deemed appropriate by the United States Marshall; and

thereafter, upon satisfaction of the Court, the New York State Department of Corrections and Community Supervision shall return Michael Walker under safe and secure custody to Orleans Correctional Facility, Albion, NY; and

that the New York State Department of Corrections and Community Supervision and the United States Marshall shall each bear their respective costs of implementing the terms of this order.

SO ORDERED.

                                                              */s/ NRM*
                                                            NINA R. MORRISON
                                                            United States District Judge

Dated: April 24, 2023
       Brooklyn, New York